BLEAKLEY PLATT & SCHMIDT,  LLP
One North Lexington Avenue
White Plains, New York 10601
Tel. No.: (914) 949-2700
Fax No.: (914) 683-5956
Jonathan A. Murphy
Jamurphy@bpslaw.com

ATTORNEYS FOR DEFENDANT

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

PUTNAM VALLEY VOLUNTEER FIRE
DEPARTMENT, INC.,

                                        Plaintiff,

            -against-

JOHN ADORNO, JOHN J. ADORNO, INC. d/b/a
UNIVERSAL CONSTRUCTION, METRO GREEN,
LLC, and John Doe No. 1 through John Doe No. 2,

                                    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~X

7:23-cv-04153-PMH

**NOTICE OF APPEARANCE**

      Please enter the appearance of BLEAKLEY PLATT & SCHMIDT, LLP by Jonathan A. Murphy as counsel of record in the above-captioned case on behalf of Defendant METRO GREEN, LLC.

Dated:    White Plains, NY
             July 20, 2023

                                              Respectfully submitted,

                                              BLEAKLEY PLATT & SCHMIDT, LLP

                              BY:   */s/ Jonathan A. Murphy*
                                              Jonathan A. Murphy

                                              *Attorneys for Defendant Metro Green, LLC*
                                              One North Lexington Avenue
                                              White Plains, NY  10601
                                              Tel. No.:  (914) 949-2700
                                              Fax No.:  (914) 683-6956
                                              *jamurphy@bpslaw.com*