UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PUTNAM VALLEY VOLUNTEER FIRE : 7:23-cv-04153-PMH
DEPARTMENT, INC.,
:
:
: **STIPULATION AND**
: **[PROPOSED] ORDER**
Plaintiff, : **EXTENDING**
: **TIME TO ANSWER**
-against- :
:
JOHN ADORNO, JOHN J. ADORNO, INC. d/b/a :
UNIVERSAL CONSTRUCTION, METRO GREEN, :
LLC, and John Doe No. 1 through John Doe No. 2, :
:
Defendants. :
---------------------------------------------------------------X

IT IS HEREBY STIPULATED AND AGREED that the time for the defendant METRO GREEN, LLC, to appear and to answer, move or otherwise act with respect to the Summons and Complaint is hereby extended through August 31, 2023.

IT IS HEREBY FURTHER STIPULATED AND AGREED that the defendant METRO GREEN, LLC agrees to waive all affirmative defenses as to personal jurisdiction.

IT IS HEREBY FURTHER STIPULATED AND AGREED that this stipulation may be signed in counterparts and facsimile electronic copies of signatures shall be considered and deemed as originals.

Dated: July 20, 2023

LAW OFFICE OF WILLIAM A. RUSKIN, PLLC

By: _____
William A. Ruskin, Esq. (WR 8412)
*Attorneys for Plaintiff*
*Putnam Valley Volunteer Fire Dep't, Inc.*
800 Westchester Ave, Suite N-641
Rye Brook, New York 10573
Telephone: (914) 231-0360
wruskin@wruskinlaw.com

BLEAKLEY PLATT & SCHMIDT, LLP

By: _____
Jonathan A. Murphy
*Attorneys for Defendant*
*Metro Green, LLC*
One North Lexington Avenue
White Plains, NY 10601
Telephone: (914) 949-2700
jamurphy@bpslaw.com

2

SO ORDERED:

_____
Philip M. Halpern,           U.S.D.J.

Dated: White Plains, New York
       July 20, 2023