# BLEAKLEYPLATT
### ATTORNEYS AT LAW

**BLEAKLEY PLATT & SCHMIDT, LLP**
NEW YORK | CONNECTICUT

Jonathan A. Murphy
914.287.6165
jamurphy@bpslaw.com



March 1, 2024

**Denied** in part and **Granted** in part. The conference scheduled for 3/5/24 at 2:30 will still be conducted but will now be converted to individual *ex parte* pre-settlement calls by telephone (30 minutes) with counsel only. Each party will be provided with an individual security code and call in time.

SO ORDERED.

Hon. Victoria Reznik, U.S.M.J.
3/4/24

<u>Via ECF</u>

Hon. Victoria Reznik
United States Magistrate Judge
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
Courtroom 420
White Plains, New York 10601

Re: ***Putnam Valley Volunteer Fire Department, Inc. v. John Adorno, et al.***
    **7:23-cv-04153-PMH**

Dear Judge Reznik:

We represent Defendant Metro Green, LLC ("Metro Green") in this litigation. This letter is submitted jointly with counsel for Defendants John Adorno and John J. Adorno, Inc. d/b/a Universal Construction ("Adorno Defendants"), Charles G. Carluccio, Esq., Couch White LLP. We are writing on behalf of all defendants to request that the settlement presently scheduled for March 5, 2024 at 02:30 PM be adjourned by at least 60 days.

On February 2, 2024, the Adorno Defendants filed a third-party complaint against the Town of Putnam Valley, Town of Putnam Valley Board, and Town of Putnam Valley Highway Superintendent, Shawn Keeler. Today, the Third-Party Defendants filed a notice of appearance and requested a 30-day extension of their time to file an answer or otherwise file an appropriate response. It is the Defendants' position that any settlement conference held without the participation of the Third-Party Defendants will be a waste of this Court's and the parties' time, particularly given the wide gulf between the Plaintiff's and the Defendants' respective settlement positions at this early stage. We understand that Plaintiff opposes the Defendants' joint request

bpslaw.com

2 | Page

for an adjournment of this settlement conference. There have been no prior adjournment requests.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

*Jonathan A. Murphy*
Jonathan A. Murphy, Esq.

cc: William A. Ruskin, Esq.
John Edward Ahearn, III, Esq.
Charles G. Carluccio, Esq.
Alita J. Giuda, Esq.
Justin M. Gardner, Esq.
Danielle E. Strauch, Esq.
Kyle William Barnett, Esq.
(*all via ECF*)