# LAW OFFICE OF WILLIAM A. RUSKIN, PLLC

| WILLIAM A. RUSKIN | 800 WESTCHESTER AVENUE, N-641 | T: (914) 231-0360 |
|---|---|---|
| wruskin@wruskinlaw.com | RYE BROOK, NEW YORK 10573 | F: (914) 231-0361 |
| | | C: (203) 253-8399 |

April 9, 2024

> Application granted. The conference scheduled for April 16, 2024 is adjourned to May 23, 2024 at 9:30 a.m.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> April 9, 2024

**VIA CM/ECF SYSTEM**

Hon. Philip M. Halpern, U.S.D.J., S.D.N.Y.
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601

Re: *Putnam Valley Volunteer Fire Department, Inc. v. John Adorno, et al.*
(7:23-cv-04153-PMH)

Dear Judge Halpern,

Pursuant to Your Honor's Individual Practices ¶1.C., Plaintiff Putnam Valley Volunteer Fire Department, Inc. respectfully requests an adjournment of the Discovery Hearing set for 10:00 a.m. on April 16, 2024, until a date in mid-May 2024. (Docket Entry #72). Plaintiff has discussed this request with counsel for Defendants, who do not oppose the request.

I learned yesterday that I have multiple blocked arteries in my heart that require urgent medical attention. Consequently, I am scheduled to have bypass surgery performed at Yale-New Haven Hospital on the morning of April 11, 2024. I am advised that the recovery time from this surgery varies, but that I may not be able to return to work for at least a month.

There has been no prior request for the relief sought in this letter-motion.

Respectfully submitted,

William A. Ruskin

cc. All Counsel via CM/ECF