UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
PUTNAM VALLEY VOLUNTEER FIRE
DEPARTMENT, INC.,

                        Plaintiff,                    ORDER

v.

                                            23-CV-04153 (PMH)

JOHN ADORNO, et al.,

                        Defendants.
---------------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

      Counsel for all parties appeared today for a discovery dispute conference. For the reasons stated and as discussed on the record, the Court ruled on the discovery dispute raised in the parties' joint letter (Doc. 71) as follows: the Court directs the Adorno Defendants to produce the unredacted December 28, 2018 letter from the NYSDEC to Adorno with enclosed unredacted Order on Consent.

      The parties are directed to meet and confer concerning Plaintiff's request for correspondence regarding the Consent Order negotiations and may propose for the Court's consideration a stipulated confidentiality agreement and protective order in accordance with the Court's Individual Practices.

Dated: White Plains, New York
         May 23, 2024

SO ORDERED:

_____
Philip M. Halpern
United States District Judge