## LAW OFFICE OF WILLIAM A. RUSKIN, PLLC

| | | |
|---|---|---|
| WILLIAM A. RUSKIN | 800 WESTCHESTER AVENUE, N-641 | T: (914) 231-0360 |
| wruskin@wruskinlaw.com | RYE BROOK, NEW YORK 10573 | F: (914) 231-0361 |
| | | C: (203) 253-8399 |

December 9, 2024

**VIA CM/ECF SYSTEM**

Hon. Philip M. Halpern, U.S.D.J., S.D.NY.
Charles L. Brieant Jr. United States Courthouse
300 Quarropas Street
White Plains, New York 10601

    Re:   *Putnam Valley Volunteer Fire Department, Inc. v. John Adorno, et al.*
              (7:23-cv-04153-PMH)

Dear Judge Halpern,

    I am counsel to Plaintiff Putnam Valley Volunteer Fire Department, Inc. and submit this request, on behalf of all parties to the action, to have the Settlement Agreement "so ordered".

    On October 28, 2024, Your Honor issued 30-day Order (Docket Entry #109) dismissing the action without prejudice because the parties had reached a settlement in principle in the case. On November 27, 2024, Your Honor extended the time to re-open the case to December 12, 2024 (Docket Entry #111).

    The parties have successfully negotiated and executed a settlement agreement, which we believe resolves all outstanding issues in this case. We are seeking the Court's endorsement to ensure that the terms of the settlement agreement are enforceable and binding.

    The parties believe that having the settlement agreement "so ordered" by the Court will provide the necessary legal framework to enforce the terms of the agreement and bring this

matter to a final resolution. Please find attached a copy of the executed settlement agreement for the Court's review and endorsement.

                                                Respectfully submitted,

                                                William A. Ruskin

cc. All Counsel via CM/ECF